John Jerome Deery, Respondent, v. Elizabeth M. Byrne and Others, as Executors, etc., of John Byrne, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Julius Leszynsky, Appellant, v. Traver Circle Swing Company, Respondent, Impleaded with Harry G. Traver.— Order modified by striking out the sixth requirement of the order, and as modified affirmed, without costs. No opinion. Settle order on notice.

Henry Willis, Appellant, v. James B. Regan, Respondent, Impleaded with James B. Regan Company.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Samuel Rosenthal and Others, Respondents, v. Morris Amdursky and Max Katz, Appellants. — Order affirmed, with ten dollars costs and disbursements. No opinion.

William Miller, Respondent, v. Thomas A. Nevins, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion.

George E. Fisher, Respondent, v. Miles M. Martin, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Abraham H. Goldberg, Relator, v. Edmond J. Butler, Commissioner of the Tenement House Department of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion.

Agnes E. Killian, Appellant, v. Katherine E. Heinzerling, as Administratrix, etc., of John Schellhase, Deceased, Respondent.— Judgment affirmed, with costs. No opinion. All concurred, except Houghton, J., who voted to modify the judgment by inserting a provision that the title to the four bonds of the Metropolitan Street Railway Company was not involved in the issues of the action, and as so modified, to affirm.

Maggie B. Gaspard, Appellant, v. Catherine Pierre and Others, Respondents. — Judgment affirmed, with costs. No opinion.

Fernando B. Hesse and Walter H. Jewell, Appellants, v. Daniel M. Griffen and Sarah Griffen, as Executors of Joseph C. Griffen, Deceased, Respondents.— Judgment affirmed, with costs. No opinion.

Fernando B. Hesse and Walter H. Jewell, Appellants, v. Daniel M. Griffen and Sarah E. Griffen, as Executors of Joseph C. Griffen, Deceased, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Joseph Hover, as Temporary Administrator, etc., of Rosetta Brady, Deceased, Respondent, v. Margaret Dunne, Appellant, Impleaded with the Emigrant Industrial Savings Bank.— Judgment affirmed, with costs. No opinion.

Clark–Johnson Medicine Company, Appellant, v. Allen S. Olmsted, Respondent. — Judgment affirmed, with costs. No opinion.

Hiram C. Slavens, Respondent, v. William T. Jebb, Appellant.— Judgment and order affirmed, with costs. No opinion.

Sophia Gorsch, Respondent, v. Clement H. Smith, Appellant.— Judgment affirmed, with costs. No opinion.

Benjamin W. Payne and Milton W. Curry, Appellants, v. Baker, Smith & Company, Respondent.— Judgment affirmed, with costs. No opinion.